**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000951
25-JUN-2013
09:21 AM**

NO. CAAP-13-0000951

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, DEPARTMENT OF HAWAIIAN HOME LANDS,
Plaintiff-Appellee,
v.
FREDERICK H.K. BAKER, JR.,
Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3RC12-1-615)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Frederick
H.K. Baker, Jr.'s (Appellant) "Motion to Voluntarily Dismiss His
Appeal," filed June 3, 2013, Plaintiff-Appellee State of Hawai'i,
Department of Hawaiian Home Lands' (Appellee) "Statement of
Position Regarding Appellant's Motion to Voluntarily Dismiss His
Appeal Filed June 3, 2013," filed June 5, 2013, the papers in
support,[1] and the record, it appears that this appeal has not
been docketed. Therefore,

---

[1] On June 13, 2013, Appellant filed an "Opposition to Appellees' [sic] Request for Dismissal of Appeal With Prejudice," which the court construes as a reply to Appellee's statement of position, filed June 5, 2013. Hawai'i Rules of Appellate Procedure Rule 27 does not contemplate a reply in motion practice, and Appellant did not seek leave to file a reply. Thus, the court did not consider Appellant's June 13, 2013 reply.

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed. The dismissal is not an adjudication of the merits of the appeal, but Appellant will not be entitled to reinstate his appeal at a later date. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 25, 2013.

Chief Judge

Associate Judge

Associate Judge

-2-